**Order filed, May 01, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00284-CR
_____

**DERRICK JEROME CHAMBLISS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 54th District Court
McLennan County, Texas
Trial Court Cause No. 2012-690-C2

## ORDER

The reporter's record in this case was due **April 29, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Heather Weiser**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM